# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:24-cr-00072-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DELANCEY KENT (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 34] previously filed herein, having thoroughly reviewed the record, noting the lack of objections filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 24] filed by Defendant Delancey Kent is **DENIED**.

**MONROE, LOUISIANA**, this the 3rd day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE