UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:24-00072-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DELANCEY KENT (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

# O R D E R

The Report and Recommendation of the Magistrate Judge [Doc. No. 96] having been considered, together with the written objections thereto filed with this Court [Doc. No. 97], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that Defendant Delancey Kent's second motion to suppress [Doc. No. 66] is hereby **DENIED**.

MONROE, LOUISIANA, this 27th day of January 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

Case 3:24-cr-00072-TAD-KDM   Document 98   Filed 01/27/26   Page 2 of 2 PageID #: 662